No. 63303.—Beer Stern Import Corp. et al. *v.* United States, protests 58/17590, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

No. 63304.—Hat Corp. of America *v.* United States, protest 59/10763 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

No. 63305.—Hat Corp. of America *v.* United States, protest 59/11172(B) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject to *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.